IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-01909-RPM

REX HARVEY,

    Plaintiff,

v.

LIBERTY MUTUAL INSURANCE COMPANY,

    Defendant.

---

## ORDER OF DISMISSAL

---

Pursuant to the Stipulation for Dismissal with Prejudice [10], it is

ORDERED that this case is dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: January 28th, 2009

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior District Judge